JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NESYA SHAPIRO BLUE,

                Plaintiff,

   - against -

AMAZON.COM, INC., and
IMDB SERVICES, INC.

                Defendant.

------------------------------------------------------------------x

No. 07 Civ. ____ ( )

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

      Pursuant to Fed R. Civ. P. 7.1, defendant IMDB Services, Inc. states that it is owned by Internet Movie Database Limited, which is owned by defendant Amazon.com, Inc. Defendant Amazon.com, Inc. states that the following company owns 10 percent or more of Amazon.com, Inc.'s stock:

      Legg Mason Inc. and affiliated funds.

Dated: New York, New York
       September 5, 2007

                                        FRIEDMAN KAPLAN SEILER &
                                        ADELMAN LLP

                                        By: _____
                                          Robert D. Kaplan
                                        Hallie B. Levin
                                        Jeffrey R. Wang
                                        1633 Broadway
                                        New York, New York 10019
                                        Tel: (212) 833-1100
                                        Fax: (212) 833-1250

                                        *Attorneys for Defendants Amazon.com, Inc. and IMDB Services, Inc.*