UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
NESYA SHAPIRO BLUE,

                          Plaintiff,              Index No. 07 Civ 7842 (LAK)

        - against -                **AFFIDAVIT**
                                                                         **OF SERVICE**
AMAZON.COM INC., and IMDB SERVICES, INC.,

                          Defendant.
----------------------------------------------------------------x

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

        Michael Reynolds, being duly sworn, states:

        1.        I am not a party to the action, am over 18 years of age, and am employed at 1633 Broadway, New York, New York 10019.

        2.        On September 6, 2007, I served the Notice of Removal and Notice of Filing of Notice of Removal, Individual Practices of Judge Lewis A. Kaplan, Individual Practices of Magistrate Judge Frank Maas and Guidelines for Electronic Case Filing upon the following at the address designated for that purpose:

                Michael Korsinsky, Esq.
                Law Offices of Michael Korsinsky
                39 Broadway, Suite 1601
                New York, New York  10006

508148.1

3. Service was made by delivering, by hand, a true copy of the above–described document, enclosed in a properly addressed envelope to the above addressees.

*Michael Reynolds*
Michael Reynolds

Sworn before me this
10th day of September, 2007

VERONICA M. GARVEY
Notary Public, State of New York
No. 01GA4929722
Qualified in Kings County
Commission Expires May 2, 2010