UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NESYA SHAPIRO BLUE,

                    Plaintiff,   :   Index No. 07 Civ. 7842 (LAK)

        - against -   :   **AFFIDAVIT**
                                                              **OF SERVICE**

AMAZON.COM and IMDB SERVICES, INC.,

                    Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

      Maloune Samuel, being duly sworn, states:

      1.    I am not a party to the action, am over 18 years of age, and am employed at 1633 Broadway, New York, New York 10019.

      2.    On September 12, 2007, I served the Answer upon the following at the address designated for that purpose:

           Michael Korsinsky, Esq.
           Law Offices of Michael Korsinsky
           Broadway, Suite 1601
           New York, New York  10006

509256.1

3. Service was made by depositing a true copy of the aforementioned document in a properly addressed wrapper, under the exclusive care and custody of Federal Express for next day delivery at the address indicated above.

_____
Maloune Samuel

Sworn to before me this
12th day of September, 2007

_____
Notary Public

VERONICA M. GARVEY
Notary Public, State of New York
No. 01GA4929722
Qualified in Kings County
Commission Expires May 2, 20 _10_