UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NESYA SHAPIRO BLUE,

                Plaintiff,             No. 07 CIV 7842 (LAK) (FM)

      - against-

                                             **NOTICE OF APPEARANCE**

AMAZON.COM, INC., and
IMDB SERVICES, INC.

                Defendants.
---------------------------------------------------------------X

To The Clerk of the Court and all parties of record, Michael Korsinsky enters an appearance as counsel in this case for plaintiff NESYA SHAPIRO BLUE.

    Plaintiff reserves all her rights and defenses in this case.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       September 16, 2007

                                           **LAW OFFICES OF MICHAEL KORSINSKY**

                                           By:   /s/ Michael Korsinsky
                                               Michael Korsinsky (MK 8900)
                                       Attorneys for Plaintiff Nesya Shapiro Blue .
                                       39 Broadway, Suite 1601
                                     New York, New York 10006
                                     (646) 432-0704