KAPLAN, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NESYA SHAPIRO BLUE,

          Plaintiff,

   - against -

AMAZON.COM, INC., and
IMDB SERVICES, INC.,

          Defendants.
----------------------------------------------------------x

No. 07 Civ. 07842 (LAK)(FM)

## CONSENT SCHEDULING ORDER

Upon consent of the parties, it is hereby

ORDERED as follows:

1. No additional parties may be joined after **October 19, 2007**.

2. No amendments to the pleadings will be permitted after **October 29, 2007**.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before **January 4, 2008**;

   (b) rebuttal expert witnesses on or before **February 1, 2008**.

4. All discovery, including any depositions of experts, shall be completed on or before **February 22, 2008**.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before **March 19, 2008**.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with

any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9   This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: September 26, 2007

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By: _____
Robert D. Kaplan
Hallie B. Levin
Jeffrey R. Wang
1633 Broadway
New York, New York 10019
Tel: (212) 833-1100
Fax: (212) 833-1250

*Attorneys for Defendants Amazon.com, Inc. and IMDB Services, Inc.*

LAW OFFICES OF MICHAEL KORSINSKY

By: _____
Michael Korsinsky
39 Broadway, Suite 1601
New York, New York 10006
Tel: (646) 432-0704

*Attorneys for Plaintiff Nesya Shapiro Blue*

2