LAW OFFICES OF
# MICHAEL KORSINSKY
ATTORNEYS AT LAW
39 BROADWAY, SUITE 1601
NEW YORK, NEW YORK 10006
PHONE: 646-432-0704
EMAIL: *mkesq@yahoo.com*

October 25, 2007

*VIA ECF*
Hon. Lewis A. Kaplan
United States District Judge
Unites States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: Blue v. Amazon.com, Inc. et al., 07 Civ. 07842 (LAK)(FM)

Dear Judge Kaplan:

  We are attorneys for plaintiff Nesya Shapiro Blue.

  We wish to advise the Court that the parties in the above-captioned matter have agreed in principal to settle this case. The parties are in the process of drafting and exchanging draft settlement papers. As a result, plaintiff will not be amending its complaint at this time. We will advise the Court when the parties have executed the final set of settlement papers.

            Respectfully submitted,

            /s/
            Michael Korsinsky

cc: Jeff Wang, Esq. (via ECF)