USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NESYA SHAPIRO BLUE,

        Plaintiff,

   - against -

AMAZON.COM, INC., and
IMDB SERVICES, INC.,

        Defendants.
------------------------------------------------------------x

No. 07 Civ. 07842 (LAK)(FM)

STIPULATION OF
DISMISSAL
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that this action is hereby dismissed in its entirety, with prejudice and without costs to any party.

Dated: New York, New York
~~October~~ November 2, 2007

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____
Robert D. Kaplan
Hallie B. Levin
Jeffrey R. Wang
1633 Broadway
New York, New York 10019
Tel: (212) 833-1100
Fax: (212) 833-1250

*Attorneys for Defendants Amazon.com, Inc.
and IMDB Services, Inc.*

LAW OFFICES OF MICHAEL KORSINSKY

By: _____
Michael Korsinsky
39 Broadway, Suite 1601
New York, New York 10006
Tel: (646) 432-0704

*Attorneys for Plaintiff Nesya Shapiro Blue*

SO ORDERED

_____
United States District Judge

524692.8    11/15/07